1  WILLIAM J. ROGERS
   Attorney at Law; SBN: 154219
2  19 Fourth Street, Suite 203
   Petaluma, CA 94952
3  Tel.: 707/775-3090; Fax: 707/775-3098
   WillRogersEsq@gmail.com
4
   Attorney for Plaintiff ELLIOT EISENBERG

*e-FILED*
*NOV 3 0 2010*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT EISENBERG,                               ) | Case No.: CV 10-3208 EDL  PJH |
|              Plaintiff,                         ) | |
|                                                 ) | SUBSTITUTION OF ATTORNEY |
| vs.                                             ) | |
|                                                 ) | |
| THE PERMANENTE MEDICAL GROUP;                   ) | |
| KAISER FOUNDATION HEALTH PLAN;                  ) | |
| KAISER FOUNDATION HOSPITALS: and                ) | |
| DOES 1 through 10, inclusive,                   ) | |
|                                                 ) | |
|              Defendants.                        ) | |

   Plaintiff ELLIOT EISENBERG hereby appoints, and substitutes for himself, the following attorney to represent plaintiff in all aspects of the above-entitled matter:

WILLIAM J. ROGERS, Esq.
19 Fourth Street, Suite 203
Petaluma, CA 94952
Tel.: 707/775-3090; Fax: 707/775-3098
WillRogersEsq@gmail.com
California State Bar Number: 154219

///

///

Substitution of Attorney; CV 10-3208 EDL          1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November __18__, 2010 at San Francisco, California.

/Elliot Eisenberg/
ELLIOT EISENBERG
Plaintiff

I am an attorney in good standing and admitted to practice before this Honorable Court.

I accept this substitution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November _21_, 2010 at Petaluma, California.

/William J. Rogers/
WILLIAM J. ROGERS, Esq.
Attorney for Plaintiff
ELLIOT EISENBERG

IT IS SO ORDERED

_____
Phyllis J. Hamilton
United States District Judge

Date 11/30/10