SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101)
Cody D. Knight (SBN 257627)
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS

BINGHAM MCCUTCHEN
Wendy M. Lazerson (SNB 97285)
1900 University Avenue, 4ᵗʰ Floor
East Palo Also, CA 94303
Telephone:  (650) 849-4840
Facsimile:   (650) 849-4602

Attorney for Defendant
THE PERMANENTE MEDICAL GROUP

WILLIAM J. ROGERS, Esq.
19 Fourth Street, Suite 203
Petaluma, CA 94952
Tel.:   707-775-3090
Fax:   707-775-3098
Attorney for Plaintiff
ELLIOT EISENBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT EISENBERG,<br><br>            Plaintiff,<br><br>      v.<br><br>THE PERMANENTE MEDICAL GROUP;<br>KAISER FOUNDATION HEALTH PLAN,<br>INC.; KAISER FOUNDATION HOSPITALS;<br>DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-3208 PJH<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER REGARDING<br>EXTENSION OF DATES FOR EXPERT<br>DISCLOSURES AND EXPERT<br>DISCOVERY**<br><br>Trial Date:  February 27, 2012 |

1

Pursuant to Northern District Local Rules 6-1(b) and 6-2, Plaintiff Dr. Elliot Eisenberg and Defendants The Permanente Medical Group, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals, by and through their attorneys of record, have met and conferred regarding an extension of the date for expert disclosures and expert discovery .

Good cause exists for the extensions set forth below for the following reasons:

1.     The Court previously continued the date for the hearing on Defendants' summary judgment motions from October 12, 2011 to December 14, 2011 pursuant to stipulation of the parties at the request of Plaintiff's counsel.  As a result, a ruling on the summary judgment motions is not anticipated until December 14, 2011 at the earliest.

2.     Any expert selections and disclosures will necessarily depend on which claims, if any, remain after the Court's ruling on the summary judgment motion.  Without this continuance, the parties risk expending significant time, effort, and cost in identifying and retaining experts that are ultimately unnecessary for trial in advance of the disclosure date.

3.     The proposed changes to the discovery and dispositive motion plan do not alter the February 27, 2011 trial date.  The parties agree that these changes will not be raised as a basis for any subsequent request for a trial continuance.

IT IS HEREBY STIPULATED BY THE PARTIES that the following changes shall be made to the discovery deadline dates:

1.     Expert Witness Disclosures:                    December 30, 2011

2.     Deposition of Experts:                           February 10, 2012

The above changes to the parties' discovery plan do not alter the February 27, 2012 trial date and the parties agree that these changes will not be raised as a basis for any subsequent request for a trial continuance.

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF EXPERT DISCOVERY DATES/ Case No. CV 10-3208 PJH

1   DATED:  October 18, 2011                 SEYFARTH SHAW LLP

2

3                                           By    /s/ Cody D. Knight
                                                Kari Erickson Levine
4                                               Cody D. Knight
                                            Attorneys for Defendants
5                                           KAISER FOUNDATION HEALTH PLAN, INC.
                                            and KAISER FOUNDATION HOSPITALS
6

7   DATED: October 18, 2011                  BINGHAM MCCUTCHEN

8

9                                           By _____
                                            Attorneys for Defendant
10                                          THE PERMANENTE MEDICAL GROUP

11  DATED:  October 18, 2011                LAW OFFICE OF WILLIAM J. ROGERS, ESQ.

12

13                                          By_____
                                                William J. Rogers, Esq.
14                                          Attorney for Plaintiff
                                            DR. ELLIOT EISENBERG
15

16

17          **DECLARATION OF CODY D. KNIGHT IN SUPPORT OF STIPULATION TO
               CONTINUE EXPERT DISCOVERY & DISCLOSURE DATES**
18

19          I, Cody D. Knight, declare:

20          1.      I am an attorney at law licensed to practice in the State of California, and I am a

21  managing associate with the law firm Seyfarth Shaw LLP, counsel for KFH and KFHP.   I make

22  this declaration based on my own personal knowledge, and if called as a witness, I could and

23  would testify to the facts set forth herein.

24          2.      No previous continuance of the expert witness disclosure or expert witness cutoff

25  dates in this case have been requested.  At request of Plaintiff's counsel, the parties previously

26  stipulated, and the Court ordered, a continuance of the opposition and reply briefing schedule

27  and the hearing date on Defendants' motions for summary judgment from October 12, 2011 to

28                                                   3

1   DATED:  October 18, 2011          SEYFARTH SHAW LLP

2

3                                     By_____
                                          Kari Erickson Levine
4                                         Cody D. Knight
                                      Attorneys for Defendants
5                                     KAISER FOUNDATION HEALTH PLAN, INC.
                                      and KAISER FOUNDATION HOSPITALS
6

7   DATED: October 18, 2011           BINGHAM MCCUTCHEN

8

9                                     By_____
                                          Wendy M. Lazerson
10                                        Christine de Bretteville
                                      Attorneys for Defendant
11                                    THE PERMANENTE MEDICAL GROUP

12  DATED:  October 18, 2011          LAW OFFICE OF WILLIAM J. ROGERS, ESQ.

13

14                                    By_____
                                          William J. Rogers, Esq.
15                                    Attorney for Plaintiff
                                      DR. ELLIOT EISENBERG
16

17

18      **DECLARATION OF CODY D. KNIGHT IN SUPPORT OF STIPULATION TO
           CONTINUE EXPERT DISCOVERY & DISCLOSURE DATES**
19

20          I, Cody D. Knight, declare:

21          1.      I am an attorney at law licensed to practice in the State of California, and I am a

22  managing associate with the law firm Seyfarth Shaw LLP, counsel for KFH and KFHP.   I make

23  this declaration based on my own personal knowledge, and if called as a witness, I could and

24  would testify to the facts set forth herein.

25          2.      No previous continuance of the expert witness disclosure or expert witness cutoff

26  dates in this case have been requested.  At request of Plaintiff's counsel, the parties previously

27  stipulated, and the Court ordered, a continuance of the opposition and reply briefing schedule

28                                          3
      _____
      JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
      EXTENSION OF EXPERT DISCOVERY DATES/ Case No. CV 10-3208 PJH

1   DATED:  October 18, 2011          SEYFARTH SHAW LLP

2

3                                     By_____
                                           Kari Erickson Levine
4                                          Cody D. Knight
                                      Attorneys for Defendants
5                                     KAISER FOUNDATION HEALTH PLAN, INC.
                                      and KAISER FOUNDATION HOSPITALS
6

7   DATED:  October 18, 2011          BINGHAM MCCUTCHEN

8

9                                     By _____
                                      Attorneys for Defendant
10                                    THE PERMANENTE MEDICAL GROUP

11  DATED:  October 18, 2011          LAW OFFICE OF WILLIAM J. ROGERS, ESQ.

12

13                                    By_____
                                           William J. Rogers, Esq.
14                                    Attorney for Plaintiff
                                      DR. ELLIOT EISENBERG
15

16

17      **DECLARATION OF CODY D. KNIGHT IN SUPPORT OF STIPULATION TO**
               **CONTINUE EXPERT DISCOVERY & DISCLOSURE DATES**
18

19          I, Cody D. Knight, declare:

20          1.      I am an attorney at law licensed to practice in the State of California, and I am a

21  managing associate with the law firm Seyfarth Shaw LLP, counsel for KFH and KFHP.  I make

22  this declaration based on my own personal knowledge, and if called as a witness, I could and

23  would testify to the facts set forth herein.

24          2.      No previous continuance of the expert witness disclosure or expert witness cutoff

25  dates in this case have been requested.  At request of Plaintiff's counsel, the parties previously

26  stipulated, and the Court ordered, a continuance of the opposition and reply briefing schedule

27  and the hearing date on Defendants' motions for summary judgment from October 12, 2011 to

28
                                          3

1   December 14, 2011.

2           3.      As a result of the continuance of the summary judgment hearing date, a ruling on

3   the summary judgment motions is not anticipated until December 14, 2011 at the earliest.  Any

4   expert selections and disclosures will necessarily depend on which claims, if any, remain after

5   the Court's ruling on the summary judgment motion.  Without this continuance, the parties risk

6   expending significant time, effort, and cost in identifying and retaining experts that are

7   ultimately unnecessary for trial in advance of the disclosure date.

8           4.      The granting of this requested continuance of the expert disclosure and discovery

9   deadlines is not anticipated to have any other effect on the overall scheduling of the case.  The

10  trial date can be maintained for February 27, 2012 as currently scheduled.

11          I declare under the penalty of perjury of the laws of the United States of America and the

12  State of California that the foregoing is true and correct.

13          Executed on October 18, 2011 at San Francisco, California.

14                                                      _____/s/ Cody D. Knight_____
                                                               Cody D. Knight
15

16                                  **[~~PROPOSED~~] ORDER**

17          The Stipulation of the parties adopting changes to the expert disclosure cutoff and expert

18  deposition cutoff is hereby accepted by the Court and the parties are ordered to comply with this

19  Order.

20

21  **IT IS SO ORDERED.**

22

23  DATED: _____10/25/11_____          

24                                          Honorable
                                            United Sta
25

26

27

28                                          4
─────────────────────────────────────────────────