SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101)
Cody D. Knight (SBN 257627)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS

BINGHAM MCCUTCHEN
Wendy M. Lazerson (SNB 97285)
1900 University Avenue, 4th Floor
East Palo Also, CA 94303
Telephone: (650) 849-4840
Facsimile:   (650) 849-4602

Attorney for Defendant
THE PERMANENTE MEDICAL GROUP

WILLIAM J. ROGERS, Esq.
19 Fourth Street, Suite 203
Petaluma, CA 94952
Tel.:   707-775-3090
Fax:    707-775-3098
Attorney for Plaintiff
ELLIOT EISENBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT EISENBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PERMANENTE MEDICAL GROUP;<br>KAISER FOUNDATION HEALTH PLAN,<br>INC.; KAISER FOUNDATION HOSPITALS;<br>DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3208 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY**<br><br>Trial Date: February 27, 2012 |

1
JOINT STIPULATION AND[PROPOSED] ORDER REGARDING EXTENSION
OF EXPERT DISCOVERY DATES /Case No. CV 10-3208 PJH

1    Pursuant to Northern District Local Rules 6-1(b) and 6-2, Plaintiff Dr. Elliot Eisenberg
2 and Defendants The Permanente Medical Group, Kaiser Foundation Health Plan, Inc. and Kaiser
3 Foundation Hospitals, by and through their attorneys of record, have met and conferred
4 regarding an extension of the date for expert disclosures and expert discovery .
5    Good cause exists for the extensions set forth below for the following reasons:
6    1.    The Court previously continued the date for the hearing on Defendants' summary
7 judgment motions from October 12, 2011 to December 14, 2011 pursuant to stipulation of the
8 parties at the request of Plaintiff's counsel.  As a result, a ruling on the summary judgment
9 motions is not anticipated until December 14, 2011 at the earliest.
10    2.    Any expert selections and disclosures will necessarily depend on which claims, if
11 any, remain after the Court's ruling on the summary judgment motion.  Without this
12 continuance, the parties risk expending significant time, effort, and cost in identifying and
13 retaining experts that are ultimately unnecessary for trial in advance of the disclosure date.
14    3.    The proposed changes to the discovery and dispositive motion plan do not alter
15 the February 27, 2011 trial date.  The parties agree that these changes will not be raised as a basis
16 for any subsequent request for a trial continuance.
17    IT IS HEREBY STIPULATED BY THE PARTIES that the following changes shall be
18 made to the discovery deadline dates:
19 1.    Expert Witness Disclosures:            December 30, 2011
20 2.    Deposition of Experts:                February 10, 2012
21    The above changes to the parties' discovery plan do not alter the February 27, 2012 trial
22 date and the parties agree that these changes will not be raised as a basis for any subsequent
23 request for a trial continuance.

2
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF EXPERT DISCOVERY DATES/ Case No. CV 10-3208 PJH

| | | |
|---|---|---|
| 1 | DATED:  October 18, 2011 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By    /s/ Cody D. Knight                        |
| 4 | | Kari Erickson Levine<br>Cody D. Knight |
| 5 | | Attorneys for Defendants<br>KAISER FOUNDATION HEALTH PLAN, INC.<br>and KAISER FOUNDATION HOSPITALS |
| 6 | | |
| 7 | DATED: October 18, 2011 | BINGHAM MCCUTCHEN |
| 8 | | |
| 9 | | By _____ |
| 10 | | Attorneys for Defendant<br>THE PERMANENTE MEDICAL GROUP |
| 11 | DATED:  October 18, 2011 | LAW OFFICE OF WILLIAM J. ROGERS, ESQ. |
| 12 | | |
| 13 | | By _____ |
| 14 | | William J. Rogers, Esq.<br>Attorney for Plaintiff<br>DR. ELLIOT EISENBERG |

### DECLARATION OF CODY D. KNIGHT IN SUPPORT OF STIPULATION TO CONTINUE EXPERT DISCOVERY & DISCLOSURE DATES

I, Cody D. Knight, declare:

1. I am an attorney at law licensed to practice in the State of California, and I am a managing associate with the law firm Seyfarth Shaw LLP, counsel for KFH and KFHP.  I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify to the facts set forth herein.

2. No previous continuance of the expert witness disclosure or expert witness cutoff dates in this case have been requested.  At request of Plaintiff's counsel, the parties previously stipulated, and the Court ordered, a continuance of the opposition and reply briefing schedule and the hearing date on Defendants' motions for summary judgment from October 12, 2011 to

| | | |
|---|---|---|
| 1 | DATED: October 18, 2011 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By_____ |
| 4 | | Kari Erickson Levine<br>Cody D. Knight |
| 5 | | Attorneys for Defendants<br>KAISER FOUNDATION HEALTH PLAN, INC.<br>and KAISER FOUNDATION HOSPITALS |
| 6 | | |
| 7 | DATED: October 18, 2011 | BINGHAM MCCUTCHEN |
| 8 | | |
| 9 | | By _/s/ Christine de Bretteville_____ |
| 10 | | Wendy M. Lazerson<br>Christine de Bretteville |
| 11 | | Attorneys for Defendant<br>THE PERMANENTE MEDICAL GROUP |
| 12 | DATED: October 18, 2011 | LAW OFFICE OF WILLIAM J. ROGERS, ESQ. |
| 13 | | |
| 14 | | By_____ |
| 15 | | William J. Rogers, Esq.<br>Attorney for Plaintiff<br>DR. ELLIOT EISENBERG |

### DECLARATION OF CODY D. KNIGHT IN SUPPORT OF STIPULATION TO CONTINUE EXPERT DISCOVERY & DISCLOSURE DATES

I, Cody D. Knight, declare:

1. I am an attorney at law licensed to practice in the State of California, and I am a managing associate with the law firm Seyfarth Shaw LLP, counsel for KFH and KFHP. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify to the facts set forth herein.

2. No previous continuance of the expert witness disclosure or expert witness cutoff dates in this case have been requested. At request of Plaintiff's counsel, the parties previously stipulated, and the Court ordered, a continuance of the opposition and reply briefing schedule

| | | |
|---|---|---|
| 1 | DATED: October 18, 2011 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By_____ |
| 4 | | Kari Erickson Levine<br>Cody D. Knight |
| 5 | | Attorneys for Defendants<br>KAISER FOUNDATION HEALTH PLAN, INC.<br>and KAISER FOUNDATION HOSPITALS |
| 6 | | |
| 7 | DATED: October 18, 2011 | BINGHAM MCCUTCHEN |
| 8 | | |
| 9 | | By _____ |
| 10 | | Attorneys for Defendant<br>THE PERMANENTE MEDICAL GROUP |
| 11 | DATED: October 18, 2011 | LAW OFFICE OF WILLIAM J. ROGERS, ESQ. |
| 12 | | |
| 13 | | By _[signature]_____ |
| 14 | | William J. Rogers, Esq.<br>Attorney for Plaintiff<br>DR. ELLIOT EISENBERG |

## DECLARATION OF CODY D. KNIGHT IN SUPPORT OF STIPULATION TO CONTINUE EXPERT DISCOVERY & DISCLOSURE DATES

I, Cody D. Knight, declare:

1. I am an attorney at law licensed to practice in the State of California, and I am a managing associate with the law firm Seyfarth Shaw LLP, counsel for KFH and KFHP. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify to the facts set forth herein.

2. No previous continuance of the expert witness disclosure or expert witness cutoff dates in this case have been requested. At request of Plaintiff's counsel, the parties previously stipulated, and the Court ordered, a continuance of the opposition and reply briefing schedule and the hearing date on Defendants' motions for summary judgment from October 12, 2011 to

3

December 14, 2011.

3. As a result of the continuance of the summary judgment hearing date, a ruling on the summary judgment motions is not anticipated until December 14, 2011 at the earliest. Any expert selections and disclosures will necessarily depend on which claims, if any, remain after the Court's ruling on the summary judgment motion. Without this continuance, the parties risk expending significant time, effort, and cost in identifying and retaining experts that are ultimately unnecessary for trial in advance of the disclosure date.

4. The granting of this requested continuance of the expert disclosure and discovery deadlines is not anticipated to have any other effect on the overall scheduling of the case. The trial date can be maintained for February 27, 2012 as currently scheduled.

I declare under the penalty of perjury of the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 18, 2011 at San Francisco, California.

            /s/ Cody D. Knight
            Cody D. Knight

## [~~PROPOSED~~] ORDER

The Stipulation of the parties adopting changes to the expert disclosure cutoff and expert deposition cutoff is hereby accepted by the Court and the parties are ordered to comply with this Order.

**IT IS SO ORDERED.**

DATED: 10/25/11



Honorable
United States

4