BINGHAM MCCUTCHEN LLP
Wendy M. Lazerson (SNB 97285)
1900 University Avenue, 4th Floor
East Palo Also, CA 94303
Telephone:  (650) 849-4840
Facsimile:    (650) 849-4602

Attorney for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

WILLIAM J. ROGERS, Esq.
19 Fourth Street, Suite 203
Petaluma, CA 94952
Tel.:    707-775-3090
Fax:    707-775-3098

Attorney for Plaintiff
ELLIOT EISENBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT EISENBERG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PERMANENTE MEDICAL GROUP;<br>KAISER FOUNDATION HEALTH PLAN,<br>INC.; KAISER FOUNDATION HOSPITALS;<br>DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3208 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCLOSURE DEADLINE**<br><br>Trial Date:  February 27, 2012 |

　　　　Pursuant to Northern District Local Rules 6-1(b) and 6-2, Plaintiff Dr. Elliot Eisenberg and Defendant The Permanente Medical Group, Inc. ("TPMG"), by and through their attorneys of record, have met and conferred regarding an extension of the expert disclosure deadline.

　　　　Good cause exists for the extension set forth below for the following reasons:

　　　　1.　　　　The Court previously continued the date for the hearing on Defendants' summary

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION
OF EXPERT DISCLOSURE DEADLINE /Case No. CV 10-3208 PJH

A/74653844.1

1. judgment motions from October 12, 2011 to December 14, 2011 pursuant to stipulation of the parties at the request of Plaintiff's counsel.  At the December 14, 2011 hearing the Court granted the motion for summary judgment submitted on behalf of Defendants Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals.  The Court took Defendant TPMG's motion for summary judgment under submission.

2. Any expert selections and disclosures will necessarily depend on the outcome of the which claims, if any, remain after the Court's ruling on the summary judgment motion. Without this continuance, the parties risk expending significant time, effort, and cost in identifying and retaining experts that are ultimately unnecessary for trial in advance of the disclosure date.

3. This proposed change to the expert disclosure deadline does not alter the February 27, 2012 trial date.  The parties agree that this change will not be raised as a basis for any subsequent request for a trial continuance.

IT IS HEREBY STIPULATED BY THE PARTIES that the expert disclosure deadline will be extended as follows:

1. Expert Witness Disclosures:        January 17, 2012

DATED: December 19, 2011        BINGHAM MCCUTCHEN LLP

By  /s/ Wendy M. Lazerson
Wendy M. Lazerson
Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

DATED:  December 19, 2011        LAW OFFICE OF WILLIAM J. ROGERS, ESQ.

          /s/ William J. Rogers
By
William J. Rogers, Esq.
Attorney for Plaintiff
DR. ELLIOT EISENBERG

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF EXPERT DISCLOSURE DEADLINE/ Case No. CV 10-3208 PJH

A/74653844.1

### DECLARATION OF WENDY M. LAZERSON IN SUPPORT OF STIPULATION TO CONTINUE EXPERT DISCLOSURE DEADLINE

I, Wendy M. Lazerson, declare:

1. I am a member of the State Bar of California and a partner of the law firm of Bingham McCutchen LLP, counsel for Defendant The Permanente Medical Group, Inc. ("TPMG"). I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify to the facts set forth herein.

2. At the request of Plaintiff's counsel, the parties previously stipulated, and the Court ordered, a continuance of the opposition and reply briefing schedule and the hearing date on Defendants' motions for summary judgment from October 12, 2011 to December 14, 2011.

3. At the December 14, 2011 hearing on TPMG's summary judgment motion the Court took the motion under submission and a ruling has not yet been issued. Any expert selections and disclosures will necessarily depend on which claims, if any, remain after the Court's ruling on the summary judgment motion. Without this continuance, the parties risk expending significant time, effort, and cost in identifying and retaining experts that are ultimately unnecessary for trial in advance of the disclosure date.

4. The granting of this requested continuance of the expert disclosure deadline is not anticipated to have any other effect on the overall scheduling of the case. The trial date can be maintained for February 27, 2012 as currently scheduled.

I declare under the penalty of perjury of the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 19, 2011 at Palo Alto, California.

/s/ Wendy M. Lazerson
_____
Wendy M. Lazerson

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Stipulation of the parties changing the expert disclosure deadline is hereby accepted |
| 3 | by the Court and the parties are ordered to comply with this Order. |
| 4 | **IT IS SO ORDERED.** |

DATED:  _____ 12/23/2011 _____   _____
                                    Honorable Phyllis J. Hamilton
                                    United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF EXPERT DISCLOSURE DEADLINE/ Case No. CV 10-3208 PJH

A/74653844.1