UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT EISENBERG,

    Plaintiff,

    v.

THE PERMANENTE MEDICAL GROUP, et al.,

    Defendants.

_____/

No. C 10-3208 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motions for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: January 20, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge