UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT EISENBERG,

      Plaintiff,                                    No. C 10-3208 PJH

      v.                                            **JUDGMENT**

THE PERMANENTE MEDICAL GROUP, et al.,

      Defendants.

_____/

      This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motions for summary judgment

      it is Ordered and Adjudged

      that the complaint is dismissed with prejudice.

      IT IS SO ORDERED.

Dated: January 20, 2012

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                      United States District Judge