UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT EISENBERG,

        Plaintiff,

    v.

THE PERMANENTE MEDICAL GROUP, et al.,

        Defendants.
_____/

No. C 10-3208 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on defendant The Permanente Medical Group Inc.'s motion for attorneys' fees and litigation expenses.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

IT IS SO ORDERED.

Dated: February 6, 2012

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Lili, Assigned M/J