UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elliot Eisenberg,<br><br>             Plaintiff(s),<br><br>      v.<br><br>The Permanente Medical<br>Group, et al.,<br><br>             Defendant(s). | No. C10-3208 PJH (JSC)<br><br>ORDER OF RECUSAL |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: February 7, 2012

_____
Jacqueline Scott Corley
United States Magistrate Judge

1