UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elliot Eisenberg,           )<br>                                        )<br>          Plaintiff(s),         )<br>                                        )<br>     v.                             )<br>                                        )<br>The Permanente Medical  )<br>Group, et al.,                 )<br>                                        )<br>          Defendant(s).      )<br>                                        ) | No. C10-3208 PJH (JSC)<br><br>ORDER OF RECUSAL |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: February 7, 2012

Jacqueline Scott Corley
United States Magistrate Judge

1