| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| 2 | Wendy M. Lazerson (SBN 97285)<br>wendy.lazerson@bingham.com |
| 3 | Erika Gasaway (SBN 264708)<br>erika.gasaway@bingham.com |
| 4 | 1117 S. California Avenue<br>Palo Alto, CA  94304-1106 |
| 5 | Telephone:  650.849.4400<br>Facsimile:  650.849.4800 |
| 6 | Attorneys for Defendant |
| 7 | THE PERMANENTE MEDICAL GROUP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| Elliot Eisenberg,<br><br>          Plaintiff,<br><br>     v.<br><br>The Permanente Medical Group, et al.,<br><br>          Defendants. | No.  4:10-cv-03208 PJH (NC)<br><br>**JOINT STIPULATION TO WITHDRAW THE HEARING FOR ATTORNEY'S FEES AND LITIGATION EXPENSES AND BILL OF COSTS;** [PROPOSED] **ORDER**<br><br>Hearing: March 14, 2012<br>Time:  9:00 a.m.<br>Place:  Courtroom 3, 3rd Fl<br>USMJ:  Hon. Nathanael M. Cousins |

This Joint Stipulation is made by and between Defendant, The Permanente Medical Group ("TPMG"), and Plaintiff, Elliot Eisenberg, by and through their counsel of record, with reference to following facts:

WHEREAS, Defendant's Motion for Attorney's Fees and Litigation Expenses is scheduled to be heard on March 14, 2012; and

WHEREAS, TPMG filed a Bill of Costs on February 3, 2012; and

WHEREAS, parties have come to a successful resolution of this matter so a hearing is no longer necessary.

Case No. CV  10-3208 PJH(NC)

JOINT STIPULATION TO REMOVE THE HEARING FOR ATTORNEY'S FEES AND LITIGATION EXPENSESAND FOR BILL OF COSTS

IT IS HEREBY STIPULATED THAT:

The motion for Attorney's Fees and Litigation Costs and Bill of Costs are withdrawn and the hearing date of March 14, 2012 vacated.

DATED: February _29, 2012

Bingham McCutchen LLP

By: *Wendy M Lazerson*
Wendy M. Lazerson
Attorneys for Defendant
The Permanente Medical Group

DATED: February _____, 2012

By: _____
William J. Rogers
Attorney for Plaintiff
Elliot Eisenberg

IT IS HEREBY STIPULATED THAT:

The motion for Attorney's Fees and Litigation Costs and Bill of Costs are withdrawn and the hearing date of March 14, 2012 vacated.

DATED: February ____, 2012

           Bingham McCutchen LLP

           By: _____
                Wendy M. Lazerson
                Attorneys for Defendant
                The Permanente Medical Group

DATED: February 29, 2012

           By: /s/ William J. Rogers
                William J. Rogers
                Attorney for Plaintiff
                Elliot Eisenberg

1  ~~PROPOSED~~ ORDER

2  IT IS SO ORDERED.

3

4  DATE:  February 29, 2012

*[APPROVED stamp signed by Judge Nathanael M. Cousins, United States District Court, Northern District of California]*

3

Case No. 4:10-cv-03208 PJH (NC)

JOINT STIPULATION TO REMOVE THE HEARING FOR ATTORNEY'S
FEES AND LITIGATION EXPENSESAND FOR BILL OF COSTS