1  BINGHAM MCCUTCHEN LLP
   Wendy M. Lazerson (SBN 97285)
2  wendy.lazerson@bingham.com
   Erika Gasaway (SBN 264708)
3  erika.gasaway@bingham.com
   1117 S. California Avenue
4  Palo Alto, CA  94304-1106
   Telephone:  650.849.4400
5  Facsimile:  650.849.4800

6  Attorneys for Defendant
   THE PERMANENTE MEDICAL GROUP.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISON

11

12 | Elliot Eisenberg,                  | No.  4:10-cv-03208 PJH (NC)
13 |        Plaintiff,                  | **JOINT STIPULATION TO WITHDRAW THE HEARING FOR ATTORNEY'S FEES AND LITIGATION EXPENSES AND BILL OF COSTS;** [PROPOSED] **ORDER**
14 |    v.                              |
15 | The Permanente Medical Group, et al.,|
16 |        Defendants.                 |
17 |                                    | Hearing: March 14, 2012
   |                                    | Time: 9:00 a.m.
   |                                    | Place: Courtroom 3, 3rd Fl
18 |                                    | USMJ: Hon. Nathanael M. Cousins

19     This Joint Stipulation is made by and between Defendant, The Permanente
20 Medical Group ("TPMG"), and Plaintiff, Elliot Eisenberg, by and through their
21 counsel of record, with reference to following facts:
22     WHEREAS, Defendant's Motion for Attorney's Fees and Litigation
23 Expenses is scheduled to be heard on March 14, 2012; and
24     WHEREAS, TPMG filed a Bill of Costs on February 3, 2012; and
25     WHEREAS, parties have come to a successful resolution of this matter so a
26 hearing is no longer necessary.
27
28
                                              Case No. CV  10-3208 PJH(NC)

IT IS HEREBY STIPULATED THAT:

The motion for Attorney's Fees and Litigation Costs and Bill of Costs are withdrawn and the hearing date of March 14, 2012 vacated.

DATED: February _29, 2012

Bingham McCutchen LLP

By: *Wendy M Lazerson*
Wendy M. Lazerson
Attorneys for Defendant
The Permanente Medical Group

DATED: February _____, 2012

By: _____
William J. Rogers
Attorney for Plaintiff
Elliot Eisenberg

JOINT STIPULATION TO REMOVE THE HEARING FOR ATTORNEY'S FEES AND LITIGATION EXPENSESAND FOR BILL OF COSTS

IT IS HEREBY STIPULATED THAT:

The motion for Attorney's Fees and Litigation Costs and Bill of Costs are withdrawn and the hearing date of March 14, 2012 vacated.

DATED: February _____, 2012

                Bingham McCutchen LLP

                By: _____
                      Wendy M. Lazerson
                      Attorneys for Defendant
                      The Permanente Medical Group

DATED: February 29, 2012

                By: _____
                      William J. Rogers
                      Attorney for Plaintiff
                      Elliot Eisenberg

1 ~~PROPOSED~~ ORDER

2 IT IS SO ORDERED.

3

4 DATE: February 29, 2012  _____

5 [APPROVED stamp — Judge Nathanael M. Cousins, United States District Court, Northern District of California]